IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| MARILYN M. THOMPSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 5:12CV00102 SWW |
| | * | |
| HYUNDAI MOTOR AMERICA, ET AL., | * | |
| | * | |
| Defendants. | * | |

## ORDER OF DISMISSAL

Before the Court is plaintiff's notice of voluntary dismissal filed pursuant to Fed.R.Civ.P. 41(a)(2). There has been no timely response. The Court finds the request should be granted.

IT IS THEREFORE ORDERED that plaintiff's request for voluntary dismissal [docket entry 29] is granted.[1]  Plaintiff's complaint is dismissed without prejudice.

DATED this 13th day of August, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Defendants' pending motions to dismiss [docket entries 22 & 27] are moot.